JOHN HOFFMAN ET AL.

v.

NATHAN H. WARREN ET AL.

STATEMENT.—This case is like the preceding and governed by the rule there announced.

APPEAL from the Superior Court of Cook county; the Hon. JOSEPH E. GARY, Judge, presiding. Opinion filed November 8, 1880.

McALLISTER, P. J.   This case in all essential particulars, is the same as the preceding one of Hoffman et al. v. Culver et al. The decision in that case must control this.

Judgment affirmed.